Michael J

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Lawrence J. Perea,        
Appellant.
 
 
 

Appeal from Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP-504
Submitted May 30, 2003  Filed August 
 27, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of
Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy
Attorney General John W. McIntosh, Assistant Deputy Attorney
General Charles H. Richardson, of Columbia, Barbara R. Morgan,
Of Aiken, for Respondent. 
 
 
 

PER CURIAM:  Lawrence J. Perea appeals his 
 convictions for first-degree criminal sexual conduct, first-degree burglary, 
 and kidnapping.  The trial judge sentenced Perea to twenty-one years imprisonment 
 for each charge.  After hearing a motion for reconsideration, the judge reduced 
 the sentences to fourteen years imprisonment.  The sentences were to be served 
 concurrently.
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Perea attached to the final brief a petition to be relieved 
 as counsel, stating she had reviewed the record and concluded Pereas appeal 
 is without legal merit sufficient to warrant a new trial.  Perea filed a separate 
 pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.